**GIROD TITLING TRUST**  \*      **NO. 2024-C-0201**

**VERSUS**  \*      **COURT OF APPEAL**

**HERMES HEALTH ALLIANCE**  \*      **FOURTH CIRCUIT**

\*      **STATE OF LOUISIANA**

\*

\*

\* \* \* \* \* \* \*

RLB

BELSOME, J., CONCURS IN THE RESULT.